## ADAMS *v.* BANK OF STEWART COUNTY.

FISH, J.   A careful comparison of the brief of evidence in the present record with that appearing in the record of this case when it was here at the March term, 1895, discloses that while the two briefs are not, in all respects, identical, the evidence at the last trial, taken as a whole, was not, in any substantial particular, stronger for the defendant than on the trial under review at the term above mentioned.   This being so and it having been then decided that a verdict for the defendant could not lawfully stand, it follows that the trial judge did not, at the last hearing, the facts being practically the same as before, err in directing a verdict for the plaintiff.

*Judgment affirmed.   All the Justices concurring, except Little, J., disqualified.*

Argued April 19, 20, — Decided May 21, 1897.

Complaint on note.   Before Judge Butt.   Chattahoochee superior court.   March term, 1896.

*Brannon, Hatcher & Martin,* for plaintiff in error.   *McNeill & Levy, Watts & Hickey, C. J. Thornton* and *L. McLester,* contra.

---

## TATUM & BROADHURST *et al. v.* CALHOUN *et al.*

ATKINSON, J.   This case falls within the well-established rule, that where the evidence is conflicting upon the substantial issues in the case, this court will not control the discretion of the trial judge in granting an injunction.                    *Judgment affirmed.   All the Justices concurring.*

Argued April 21, — Decided May 22, 1897.

Injunction.   Before Judge Smith.   Wilcox county.   January 14, 1897.

*Cutts & Lawson* and *D. B. Nicholson,* for plaintiffs in error. *Bankston & Wells,* contra.